[dntcclm][Notice of Claim(s) filed by Debtor/Trustee]

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

In re:                                          Case No. 8:24–bk–02191–RCT
                                                Chapter 13

Judith Maryuri Gonzalez
aka Judith M. Gonzalez


_____Debtor*_____/


## NOTICE OF CLAIM(S) FILED BY DEBTOR/TRUSTEE


TO:

Keys Fund LLC – 2024
US Bank
PO Box 645040
Cincinnati, OH 45264

   Notice is given pursuant to Fed. R. Bankr. P. 3004 that the Debtor filed a claim on your behalf in the above captioned matter on January 01, 2025, in the amount of $2,295.67.  The filing of a proof of claim by you, according to Fed. R. Bankr. P. 3002(c) or 3003(c), shall supersede the proof of claim filed by the Debtor(s)/Trustee.


        Dated on January 03, 2025.


                    FOR THE COURT
                    Jose A Rodriguez, Clerk of Court
                    Sam M. Gibbons United States
                    Courthouse
                    801 North Florida Avenue
                    Suite 555
                    Tampa, FL 33602


*All references to "Debtor" shall include and refer to both of the debtors in a case filed jointly by two individuals.