**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**
www.flmb.uscourts.gov

In re:                                                             Case No.      8:24-bk-02191-RCT
                                                                   Chapter       13

        Judith Maryuri Gonzalez


                Debtor(s).
_____/


### NOTICE OF WITHDRAWAL OF PROOF OF CLAIM #10-1 FILED BY
### DEBTOR ON BEHALF OF CREDITOR KEYS FUND LLC - 2024


        **PLEASE TAKE NOTICE** that the above styled debtor(s) hereby withdraws the  Proof

of Claim #10-1 Filed by Debtor on Behalf of Creditor Keys Fund LLC - 2024.



Dated: January 27, 2025



                                        JORDAN E. BUBLICK, P.A.

                                        /s/ Jordan E. Bublick
                                        Jordan E. Bublick (Fla. Bar No. 381624)
                                        4700 Millenia Blvd., Suite 500
                                        Orlando, FL 32839
                                        Telephone: (407) 205-4954
                                        Fax: (407) 386-8082
                                        Email: jbublick@bublicklaw.com

                                        *Attorney for the Debtor(s)*

## COUNSEL'S CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the above Notice of Withdrawal of Proof of Claim #10-1 Filed by Debtor on Behalf of Creditor Keys Fund LLC - 2024  was served as follows: 1. by electronic mail, those set forth in the NEF to be served electronically and on the date set forth therein and 2. by was sent by U.S. Mail, all creditors and interested parties on any attached list this January 27, 2025.

/s/ Jordan E. Bublick_____  _____
Jordan E. Bublick (Fla. Bar No. 381624)
4700 Millenia Blvd., Suite 500
Orlando, FL 32839
Telephone: (407) 205-4954
Fax: (407) 386-8082
Email: jbublick@bublicklaw.com

*Attorney for the Debtor(s)*

Keys Fund LLC  - 2024
US Bank
PO Box 645040
Cincinnati, OH 45264